

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2022

1(212) 318-6405
patrickshea@paulhastings.com

March 30, 2022

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/31/2022

Re:   *Stephen Plumitallo v. Unum Group Corporation*, No. 22-cv-1391

Dear Judge Parker:

We represent Defendant Unum Group Corporation in the above-captioned matter. We write to request an additional extension of time to answer, move against, or otherwise respond to the Complaint from April 21, 2022 to and including May 16, 2022. The extension would not affect any other scheduled dates.

On March 8, 2022, the Court ordered the parties to participate in an early mediation pursuant to Local Civil Rule 83.9. In issuing the Order, the Court observed that: "In the Court's experience, cases involving FLSA claims often benefit from early mediation."

On March 30, 2022, the parties had a productive preliminary call with Michael Kreitman, the Court-appointed Mediator. They discussed the fact that the instant complaint raises a number of important legal issues that may need to be addressed in a Rule 12 motion requiring significant motion practice. The parties agreed that before incurring this additional expense, it would be better to explore further the possibility of an early settlement. Mediation is scheduled for May 3, 2022, which is after the current April 21, 2022 deadline for Defendant to respond to the Complaint. Accordingly, the parties seek a brief extension to allow time to exchange proposals and participate in mediation before engaging in motion practice. The initial Scheduling Conference is scheduled for May 17, 2022, so if the matter is not resolved, any Rule 12 Motion will be on file prior to that date.

This is Defendant's second request for an extension of time. Plaintiff's counsel has represented that Plaintiff consents to the extension.

Respectfully submitted,

*Patrick W. Shea*

Patrick W. Shea
of PAUL HASTINGS LLP

PWS:jmg

Paul Hastings LLP  |  200 Park Avenue  |  New York, NY 10166
t: +1.212.318.6000  |  www.paulhastings.com