```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEPHEN PLUMITALLO, individually and on
behalf of all others similarly situated,

                                  Plaintiff,                               22-CV-1391 (KHP)

                    -against-                                       **ORDER**

UNUM GROUP,

                                  Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the settlement reached in this action (ECF No. 16), the parties shall submit the proposed settlement agreement and any other necessary documents for the Court's *Cheeks* review by **June 30, 2022.**

       **SO ORDERED.**

DATED:     New York, New York
                 June 1, 2022

                                                      */s/ Katharine H. Parker*
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge